RUTH M. PITKETHLY, PETITIONER-PETITIONER, v. CITY OF PATERSON, RESPONDENT-RESPONDENT.

*Mr. Isadore Rabinowitz* for the petitioner.

*Messrs. Cox & Walburg* and *Mr. Arthur F. Mead* for the respondent.

February 9, 1953.   Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ALBERT SIEGLER, DEFENDANT-PETITIONER.

See same case below: 22 *N. J. Super.* 224.

*Messrs. Fast & Fast* for the petitioner.

*Mr. Edward Gaulkin* and *Mr. Joseph A. Hayden* for the respondent.

February 9, 1953.   Granted.